# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Land O'Lakes Purina Feed LLC,**      Civil No. 09-2826 (PJS/JJG)

   Plaintiff,

v.                                     **ORDER**

**Tucker Commodities, Inc.,**

   Defendant.

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** this matter be **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 9th day of September, 2010.

     s/Patrick J. Schiltz
     Patrick J. Schiltz
     United States District Judge